# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

SHAYNE MICAHEL BLANCHARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1422

————————————————

October 17, 2025

Appeal from the County Court for Sarasota County; Maryann Olson Uzabel, Judge.

Andrea Flynn Mogensen of The Law office of Andrea Flynn Mogensen, PA, Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Wendy Buffington, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.